**Ruby DADE, Plaintiff–Appellant,**

v.

**Tammy ESTEP, Superintendent, PCU # 13; Cynthia Evans, Major, PCU # 13; Timothy Logan, Counselor, Grievance Coordinator, Defendants–Appellees,**

**and**

**Pocahontas Correctional Unit; Ronald Angelone, Director of Corrections; William Buck Rogers, Regional Director, Defendants.**

No. 01–7356.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Dec. 12, 2001.

Ruby Dade, pro se. William W. Muse, Assistant Attorney General, Richmond, VA, for appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ruby Dade appeals from the district court's order granting summary judgment in favor of Appellees and denying relief on her complaint filed pursuant to 42 U.S.C.A. § 1983 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dade v. Pocahontas Corr. Unit*, No. CA–00–712–AM (E.D. Va. filed July 19, 2001; entered July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*